### Andrew ENTREVIA v. Max FISHER et al.*
### No. 1309.

Court of Appeal of Louisiana.
First Circuit.
May 8, 1934.

St. Clair Adams and St. Clair Adams, Jr., both of New Orleans, for appellants Clayton and Massachusetts Bonding & Ins. Co.

H. H. Richardson, of Bogalusa, for appellee.

ELLIOTT, Judge.

In this case, for the reasons given in the case entitled Grant Penton v. Max Fisher et al., 155 So. 35, the judgment appealed from herein is affirmed. Defendants-appellants to pay the costs in both courts.

### Jim NETTLES v. Max FISHER et al.
### No. 1307.

Court of Appeal of Louisiana.
First Circuit.
May 8, 1934.

St. Clair Adams and St. Clair Adams, Jr., both of New Orleans, for appellants Clayton and Massachusetts Bonding & Ins. Co.

H. H. Richardson, of Bogalusa, for appellee.

ELLIOTT, Judge.

In this case, for the reasons given in the case entitled Grant Penton v. Max Fisher et al., 155 So. 35, the judgment appealed from herein is affirmed. Defendants-appellants to pay the costs in both courts.

